| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Danny Abrams Jr. | 4/4/1970 | IN | Middle District of Florida | No | Clearwater Water System (FL6520336) | No | Kidney Cancer | 1-9 |
| 2 | Alice Achtzehn | 2/10/1942 | CA | Central District of California | No | Eastern Municipal Water District (CA3310009) | No | Kidney Cancer | 1-9 |
| 3 | Charles Adams | 9/16/1981 | CA | Eastern District of California | No | San Gabriel Valley Water Company - Fontana (CA3610041) | No | Kidney Cancer | 1-9 |
| 4 | Markus Aguirre | 3/25/1977 | TX | Western District of Texas | No | El Paso Water Utilities Public Service (TX0710002) | No | Testicular Cancer | 1-9 |
| 5 | Kari Allen | 12/16/1964 | FL | Middle District of Florida | No | Sunrise Springtree (FL4061410) | No | Kidney Cancer | 1-9 |
| 6 | Ralph Altamirano | 1/19/1968 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 7 | Jose Alvarado Rodriguez | 11/22/1945 | TX | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 8 | Brenda Amos | 10/9/1953 | WV | Southern District of West Virginia | No | Parkersburg Utility Board (WV3305407) | No | Kidney Cancer | 1-9 |
| 9 | Daniel Arruda | 4/29/1972 | FL | Middle District of Florida | No | PCUD - Pasco County Regional PWS (FL6511361) | No | Testicular Cancer | 1-9 |
| 10 | Ralph Barrera | 1/13/1968 | TX | Western District of Texas | No | San Antonio Water System (TX0150018) | No | Kidney Cancer | 1-9 |
| 11 | Noah A Bedwell | 2/16/2001 | IL | Southern District of Illinois | No | Bethalto (IL1190150) | No | Testicular Cancer | 1-9 |
| 12 | James Blackburn | 3/20/1983 | IN | Southern District of Indiana | No | City of Avon Park (FL6280049) | No | Testicular Cancer | 1-9 |
| 13 | Larry Blevins | 2/25/1941 | VA | Western District of Virginia | No | Western Virginia Water Authority (VA2770900) | No | Kidney Cancer | 1-9 |
| 14 | Mary Boney | 1/31/1951 | TX | Southern District of Texas | No | City Of Crowley (TX2200034) | No | Kidney Cancer | 1-9 |
| 15 | Christine Bonsel | 4/7/1948 | FL | Middle District of Florida | No | Pinellas County Utilities (FL6521405) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 16 | Leon Breckenridge | 10/13/1947 | MA | District of Massachusetts | No | Peabody Water Dept. (MA3229000) | No | Kidney Cancer | 1-9 |
| 17 | Barry Brooks | 11/20/1954 | CO | District of Colorado | No | Parker WSD (CO0118040) | No | Kidney Cancer | 1-9 |
| 18 | Robert Brown | 5/17/1960 | NY | Eastern District of New York | No | City of Richmond (VA4760100) | No | Kidney Cancer | 1-9 |
| 19 | Caleb Butler | 10/4/1997 | AL | Southern District of Alabama | No | Birmingham Water Works Board (AL0000738) | No | Ulcerative Colitis | 1-9 |
| 20 | Luisa Carrasquillo | 4/1/1971 | FL | Southern District of Florida | No | City of North Bay Village (FL4130970) | No | Kidney Cancer | 1-9 |
| 21 | Caroline M Cravens | 1/14/1975 | OH | Southern District of Ohio | No | Columbus Public Water System (OH2504412) | No | Ulcerative Colitis | 1-9 |
| 22 | Erik Faries | 11/20/1982 | LA | Eastern District of Louisiana | No | New Orleans Carrollton WW (LA107009) | No | Ulcerative Colitis | 1-9 |
| 23 | Dannie Gray | 4/25/1977 | VA | Eastern District of Virginia | No | City of Norfolk (VA3710100) | No | Kidney Cancer | 1-9 |
| 24 | Lacee Harper | 11/6/1996 | NJ | District of New Jersey | No | City of Baltimore (MD0300002) | No | Ulcerative Colitis | 1-9 |
| 25 | Adam Hibner | 6/3/1986 | IN | District of Alaska | No | Eielson - Air Force Base (AK2370625) | No | Testicular Cancer | 1-9 |
| 26 | Adam Horning | 10/3/1977 | CO | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Testicular Cancer | 1-9 |
| 27 | Joshua Kimes | 7/26/1988 | OH | Southern District of Ohio | No | Middleport Village PWS (OH5300112) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 28 | Andrew Kolkiewicz | 8/24/1990 | AK | District of Alaska | No | MOA Municipality of Anchorage (AK2210906) | No | Testicular Cancer | 1-9 |
| 29 | Diann Lancaster | 1/2/1960 | AR | Eastern District of Arkansas | No | Dermott Waterworks (AR0000082) | No | Kidney Cancer | 1-9 |
| 30 | Gail E Lusane | 4/6/1959 | MI | Eastern District of Michigan | No | Indiana American Water - Northwest (IN5245015) | No | Kidney Cancer | 1-9 |
| 31 | Kathleen McArdle | 4/7/2005 | PA | Eastern District of Pennsylvania | No | WEAVERLAND VALLEY AUTHORITY – TERRE HILL SYSTEM (PA7360119) | No | Ulcerative Colitis | 1-9 |
| 32 | Tyler J McKiney | 8/29/1991 | IA | Northern District of Iowa | No | Waterloo Water Works (IA0790074) | No | Ulcerative Colitis | 1-9 |
| 33 | John Miller | 1/17/1990 | NC | Middle District of North Carolina | No | Town of Wingate (NC0190030) | No | Testicular Cancer | 1-9 |
| 34 | Frank Moshman | 12/1/1962 | NY | Southern District of New York | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 35 | Luella Murray | 11/27/1944 | CA | Northern District of California | No | US Naval Base Guam (GU0000010) | No | Kidney Cancer | 1-9 |
| 36 | Sheryl Pauli | 7/28/1972 | OH | Northern District of Ohio | No | Winter Garden Water Dept (3 Wps) (FL3481481) | No | Kidney Cancer | 1-9 |
| 37 | Daniel Pierini | 10/10/1986 | TX | Central District of California | No | Pomona-City Water Department (CA1910126) | No | Ulcerative Colitis | 1-9 |
| 38 | River Robles | 1/22/2003 | SC | District of Arizona | No | Town of Gilbert (AZ0407092) | No | Ulcerative Colitis | 1-9 |
| 39 | Tijhera Rogers | 1/18/1994 | NV | Central District of California | No | Ontario Municipal Utilities Company (CA3610034) | No | Kidney Cancer | 1-9 |
| 40 | Gary Rosenfeld | 3/1/1956 | FL | Southern District of Georgia | No | Augusta-Richmond County WS (GA2450000) | No | Kidney Cancer | 1-9 |
| 41 | Talia Rosner | 6/7/1988 | FL | Southern District of New York | No | Suffern Village (NY4303675) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 42 | Stephen Rotz | 10/23/1980 | OH | Southern District of Ohio | No | Columbus Public Water System (OH2504412) | No | Testicular Cancer | 1-9 |
| 43 | Dana Rouse | 7/25/1972 | TX | Western District of Louisiana | No | South Rayne Water Corporation (LA1001022) | No | Kidney Cancer | 1-9 |
| 44 | Dennis Rowe | 12/21/1971 | AZ | Central District of California | No | Elsinore Valley MWD (CA3310012) | No | Kidney Cancer | 1-9 |
| 45 | Jorge Sanchez | 1/28/1971 | AZ | Central District of California | No | Inglewood City Water Department (CA1910051) | No | Kidney Cancer | 1-9 |
| 46 | James Sanders | 10/14/1969 | TN | Middle District of Illinois | No | Schiller Park (IL0312850) | No | Ulcerative Colitis | 1-9 |
| 47 | Jackie Santistevan | 7/26/1961 | NM | District of New Mexico | No | El Paso Water Utilities Public Service (TX0710002) | No | Testicular Cancer | 1-9 |
| 48 | Mary Sapp | 2/27/1943 | TN | Middle District of North Carolina | No | City of Winston-Salem (NC0234010) | No | Liver Cancer | 1-9 |
| 49 | Antonio Saucedo | 8/13/1961 | WA | Middle District of Alabama | No | Enterprise Water Works (AL0000296) | No | Testicular Cancer | 1-9 |
| 50 | Michael Scott | 9/19/1977 | MD | Southern District of West Virginia | No | City of Vienna (WV3305411) | No | Kidney Cancer | 1-9 |
| 51 | Vincent Sedillo | 10/18/1976 | NM | District of New Mexico | No | City of Thornton (CO0101150) | No | Testicular Cancer | 1-9 |
| 52 | Norma Senes | 2/16/1963 | TX | Southern District of Florida | No | City of North Miami (FL4130977) | No | Kidney Cancer | 1-9 |
| 53 | Julie Sha | 10/11/1976 | OR | Northern District of California | No | East Bay Municipal Utilities District (CA0110005) | No | Kidney Cancer | 1-9 |
| 54 | Kevin Shaw | 8/25/1958 | TX | Western District of Texas | No | Oklahoma City (OK1020902) | No | Testicular Cancer | 1-9 |
| 55 | James Shelton | 12/12/1975 | TN | Western District of Missouri | No | Fort Leonard Wood (MO3079500) | No | Ulcerative Colitis | 1-9 |
| 56 | Todd Sherman Sr. | 12/7/1960 | LA | Western District of Louisiana | No | City of Mount Clemens (MI0004510) | No | Kidney Cancer | 1-9 |
| 57 | Diane Sherrill | 3/14/1966 | IA | Northern District of Iowa | No | Clayton County Water Authority (GA0630000) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 58 | Sean A. Shields | 5/21/1968 | MO | Western District of Missouri | No | Honolulu-Windward-Pearl Harbor Water Company (HI0000331) | No | Kidney Cancer | 1-9 |
| 59 | Shawn Sigmon | 7/28/1971 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 60 | Cynthia Simmons | 10/12/1964 | KY | Central District of California | No | Irvine Ranch Water District (CA3010092) | No | Ulcerative Colitis | 1-9 |
| 61 | Teri Singer | 5/27/1984 | OH | Southern District of West Virginia | No | Parkersburg Utility Board (WV3305407) | No | Ulcerative Colitis | 1-9 |
| 62 | Brian Smith | 5/5/1973 | TN | Northern District of Alabama | No | Muscle Shoals Utility Board (AL0000321) | No | Kidney Cancer | 1-9 |
| 63 | Johntay Smith | 5/3/2004 | CA | Central District of California | No | City of Glendale (AZ0407093) | No | Ulcerative Colitis | 1-9 |
| 64 | Mary Smith | 2/20/1954 | IN | Western District of North Carolina | No | Kings Mountain, Town Of (NC0123020) | No | Kidney Cancer | 1-9 |
| 65 | Matthew Smith | 1/5/1981 | MD | District of Maryland | No | Stafford County Utilities (VA6179100) | No | Kidney Cancer | 1-9 |
| 66 | Brian Soby | 11/5/1961 | KS | District of Kansas | No | MOA Municipality of Anchorage (AK2210906) | No | Kidney Cancer | 1-9 |
| 67 | Debra Solesbee | 4/11/1953 | SC | Southern District of Georgia | No | Augusta-Richmond County WS (GA2450000) | No | Kidney Cancer | 1-9 |
| 68 | Sandra Soriano | 6/13/1982 | CA | Central District of California | No | Hesperia Water District (CA3610024) | No | Ulcerative Colitis | 1-9 |
| 69 | Eric Soucy | 8/16/1974 | NH | Southern District of Florida | No | Palm Springs, Village Of (FL4501058) | No | Testicular Cancer | 1-9 |
| 70 | James Spradling | 9/12/1947 | TN | Eastern District of North Carolina | No | Cape Fear Public Utilities Authority - Wilmington (NC0465010) | No | Kidney Cancer | 1-9 |
| 71 | Michael Stanton | 8/26/1961 | TX | Central District of California | No | City of Huntington Beach (CA3010053) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 72 | Jamie R Statler | 8/12/1968 | NE | Central District of California | No | Lynwood City Water Department (CA1910079) | No | Kidney Cancer | 1-9 |
| 73 | Shannon Stewart | 3/28/1968 | TX | Southern District of Mississippi | No | City Of Philadelphia (MS0500008) | No | Kidney Cancer | 1-9 |
| 74 | Andrew Stolze | 11/5/1986 | NE | Northern District of Iowa | No | Sioux City Water Supply (IA9778054) | No | Testicular Cancer | 1-9 |
| 75 | Albert Sturtz | 7/20/1979 | TN | Norhtern District of Ohio | No | Aqua Ohio - Massillon Pws (OH7604512) | No | Testicular Cancer | 1-9 |
| 76 | Johnnie Sullivan | 2/6/1967 | TX | Eastern District of Texas | No | Edmond Pwa - Arcadia (OK1020723) | No | Kidney Cancer | 1-9 |
| 77 | Steven Sumner | 2/13/1967 | FL | Northern District of Georgia | No | City of Woodstock (GA0570003) | No | Kidney Cancer | 1-9 |
| 78 | Joshua Sutherland | 2/6/1982 | VA | Northern District of Texas | No | City Of Richardson (TX0570015) | No | Kidney Cancer | 1-9 |
| 79 | Benjamine Tarquinio | 9/1/1973 | TX | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Kidney Cancer | 1-9 |
| 80 | Stephen Taubel | 10/31/1982 | MN | District of Minnesota | No | Eden Prairie (MN1270010) | No | Ulcerative Colitis | 1-9 |
| 81 | Glenn Taylor | 9/16/1969 | TX | Eastern District of North Carolina | No | Greenville Utilities Commission (NC0474010) | No | Testicular Cancer | 1-9 |
| 82 | Syiaa Taylor | 12/10/1986 | FL | Middle District of Georgia | No | Columbus Water Works (GA2150000) | No | Liver Cancer | 1-9 |
| 83 | Brian Teed | 11/19/1972 | WA | Southern District of California | No | Camp Pendleton (North) (CA3710700) | No | Testicular Cancer | 1-9 |
| 84 | Stephen Teuton | 2/3/1994 | OR | Central District of California | No | Irvine Ranch Water District (CA3010092) | No | Testicular Cancer | 1-9 |
| 85 | Amal Thomas | 8/19/1993 | TX | Northern District of Texas | No | Bellevue City Of (WA5305575) | No | Testicular Cancer | 1-9 |
| 86 | Charles Stephen Thomas | 12/16/1956 | KY | Eastern District of Kentucky | No | WVAWC - Huntington District (WV3300608) | No | Kidney Cancer | 1-9 |
| 87 | Dustin Thomas | 1/5/1981 | TN | Middle District of North Carolina | No | City of Greensboro (NC0241010) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 88 | Jonathon Thomas | 5/9/1991 | NJ | Eastern District of Pennsylvania | No | PA American Water - Norristown (PA1460046) | No | Testicular Cancer | 1-9 |
| 89 | Matthew Thomas | 4/21/1973 | TX | Eastern District of Tennessee | No | Tennessee American Water - Chattanooga (TN0000107) | No | Testicular Cancer | 1-9 |
| 90 | Theresa Thorley | 4/2/1949 | FL | District of Massachusetts | No | Quincy Water Dept. (Mwra) (MA3243000) | No | Kidney Cancer | 1-9 |
| 91 | Mason Throneburg | 11/6/1989 | NC | Central District of California | No | Rancho California Water District (CA3310038) | No | Testicular Cancer | 1-9 |
| 92 | Charles Tipton | 5/27/1964 | TN | Eastern District of Tennessee | No | Arlington County (VA6013010) | No | Testicular Cancer | 1-9 |
| 93 | Cory Torbitt | 12/19/1984 | NY | Northern District of New York | No | OCWA (NY3304336) | No | Kidney Cancer | 1-9 |
| 94 | Luis Torres | 12/4/1979 | FL | Eastern District of Pennsylvania | No | Wyomissing Borough Water System (PA3060083) | No | Testicular Cancer | 1-9 |
| 95 | Richard E Tostenson | 7/2/1989 | AL | Southern District of Georgia | No | Augusta-Richmond County WS (GA2450000) | No | Testicular Cancer | 1-9 |
| 96 | Michael T Trapp | 3/12/1974 | OH | Middle District of Florida | No | Ocud/Western Regional Wtr Sys (4 Wps) (FL3481546) | No | Ulcerative Colitis | 1-9 |
| 97 | Ben Traughber | 5/28/1983 | IN | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Ulcerative Colitis | 1-9 |
| 98 | Raymond Trevena | 6/30/1963 | WY | District of Wyoming | No | Tarpon Springs Water System (FL6521784) | No | Kidney Cancer | 1-9 |
| 99 | Brandon Ulry | 9/19/1973 | TX | District of Kansas | No | Manhattan, City Of (KS2016112) | No | Testicular Cancer | 1-9 |
| 100 | Marie Valentine | 5/29/1942 | FL | Eastern District of New York | No | Town Of Hempstead Water Department (NY2900000) | No | Kidney Cancer | 1-9 |
| 101 | Mary Vance | 11/22/1962 | OH | Middle District of Florida | No | Orlando Utilities Commission (FL3480962) | No | Kidney Cancer | 1-9 |
| 102 | Orlando Vargas | 8/25/1962 | TX | Northern District of Texas | Yes | Oklahoma City (OK1020902) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 103 | Lon Varns | 3/4/1975 | TX | Western District of Texas | No | Birmingham Water Works (AL0000738) | No | Kidney Cancer | 1-9 |
| 104 | Richard Vasquez Sr | 2/23/1961 | MO | Eastern District of California | No | Modesto Irrigation District;Modesto, City Of (CA5010038) | No | Kidney Cancer | 1-9 |
| 105 | Esther Vassar | 4/2/1939 | TX | Eastern District of North Carolina | No | Fayetteville Public Works Commission (NC0326010) | No | Kidney Cancer | 1-9 |
| 106 | James Vaughan | 9/6/1973 | CO | Southern District of Florida | No | Seacoast Utilities Authority (FL4501124) | No | Testicular Cancer | 1-9 |
| 107 | Linda Vetrano | 1/27/1954 | AZ | Central District of California | No | Glendale-City, Water Dept. (CA1910043) | No | Kidney Cancer | 1-9 |
| 108 | Antonio Villarreal | 8/22/1996 | SD | District of South Dakota | No | Town Of Little Elm (TX0610035) | No | Testicular Cancer | 1-9 |
| 109 | Ronni R Wagnon | 9/29/1977 | OK | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 110 | Anthony Michael Wallace | 6/17/1961 | SD | Western District of North Carolina | No | Union County Water System (NC0190413) | No | Kidney Cancer | 1-9 |
| 111 | William Wallcoen | 11/16/1952 | NC | Eastern District of California | No | City Of Atwater (CA2410001) | No | Kidney Cancer | 1-9 |
| 112 | David Walsh | 8/13/1978 | OH | Southern District of West Virginia | No | WVAWC - Huntington District (WV3300608) | No | Testicular Cancer | 1-9 |
| 113 | Raymond Walter | 3/1/1954 | MO | Central District of Illinois | No | Quincy (IL0010650) | No | Kidney Cancer | 1-9 |
| 114 | Kevin Wang | 2/26/1968 | IN | Middle District of Florida | No | Naples Water Department (FL5110198) | No | Testicular Cancer | 1-9 |
| 115 | Joshua Ward | 4/23/1980 | SC | Southern District of Florida | No | Riviera Beach Utility District (FL4501229) | No | Testicular Cancer | 1-9 |
| 116 | Robert Warren | 10/26/1949 | SC | Middle District of Georgia | No | Usaf-Moody Air Force Base-Main (GA1850125) | No | Kidney Cancer | 1-9 |
| 117 | Linda Waters | 5/26/1950 | FL | Southern District of Alabama | No | Saraland Water & Sewer Service (AL0001021) | No | Kidney Cancer | 1-9 |
| 118 | Roger Wazen | 8/22/1964 | VA | District of Maryland | No | Maryland American Water Company (MD0120003) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 119 | Cynthia Webb | 4/17/1972 | AZ | Northern District of Illinois | No | Bartlett (IL0314120) | No | Ulcerative Colitis | 1-9 |
| 120 | Angela Weldon | 11/10/1966 | TX | Western District of Louisiana | No | Ruston Water System (LA1061017) | No | Kidney Cancer | 1-9 |
| 121 | Barbara Werner | 2/28/1946 | WY | District of Wyoming | No | Iowa-American Water Co-Davenport (IA8222001) | No | Kidney Cancer | 1-9 |
| 122 | Thomas I. West | 1/27/1992 | CO | District of Colorado | No | City Of Alexandria (VA6510010) | No | Testicular Cancer | 1-9 |
| 123 | Melissa White | 4/24/1982 | TX | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Ulcerative Colitis | 1-9 |
| 124 | Tanya White | 3/15/1977 | VA | District of Maryland | No | City of Baltimore (MD0300002) | No | Kidney Cancer | 1-9 |
| 125 | James Willbanks | 7/15/1970 | AE | Northern District of Georgia | No | Dalton Utilities (GA3130000) | No | Kidney Cancer | 1-9 |
| 126 | Edward C Willhoite | 6/8/1974 | TX | Central District of California | No | Santa Clarita Valley W.A. - Santa Clarita (CA1910017) | No | Kidney Cancer | 1-9 |
| 127 | Charles Williams | 6/10/1964 | TX | Eastern District of North Carolina | No | Franklin County Water & Sewer (NC0235030) | No | Kidney Cancer | 1-9 |
| 128 | Maurice Williams | 7/13/1968 | TX | Middle District of Georgia | No | Columbus Water Works (GA2150000) | No | Kidney Cancer | 1-9 |
| 129 | Michael Wilson | 8/5/1975 | OR | Northern District of California | No | Cal Am Water - Monterey (CA2710004) | No | Testicular Cancer | 1-9 |
| 130 | Skye Wilson | 3/5/1982 | OR | Eastern District of California | No | Sacramento County Water Authority - Laguna/Vineyard (CA3410029) | No | Ulcerative Colitis | 1-9 |
| 131 | Stanley Wilson | 2/12/1951 | OH | Northern District of Georgia | No | Buford (GA1350000) | No | Kidney Cancer | 1-9 |
| 132 | Stephen Wilson | 1/30/1956 | SC | Northern District of Alabama | No | Shelby County Water System (AL0001671) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 133 | Thomas L Wilson | 1/15/1945 | AL | Northern District of Georgia | No | Paulding County Water System;Cobb County (GA2230002) | No | Kidney Cancer | 1-9 |
| 134 | Steven Wolfe | 8/29/1965 | MS | Eastern District of California | No | Modesto Irrigation District;Modesto, City Of (CA5010038) | No | Kidney Cancer | 1-9 |
| 135 | Ronald D. Wolowicz | 5/27/1971 | OH | Middle District of North Carolina | No | City of Winston-Salem (NC0234010) | No | Testicular Cancer | 1-9 |
| 136 | Michael Wood | 8/2/1963 | MD | District of New Jersey | No | Aberdeen Water Department - Cliffwood/Cliffwood Beach System (NJ1330002) | No | Kidney Cancer | 1-9 |
| 137 | Robert Woodstock | 6/12/1957 | OH | Western District of Michigan | No | Kalamazoo (MI0003520) | No | Kidney Cancer | 1-9 |
| 138 | Michael Worlow | 9/14/1972 | VA | Northern District of California | No | East Bay Municipal Utilities District (CA0110005) | No | Testicular Cancer | 1-9 |
| 139 | Fredrick Wright | 3/13/1963 | OH | Southern District of Ohio | No | Clarksville Water Department (TN0000116) | No | Testicular Cancer | 1-9 |
| 140 | Angela Yancy | 12/3/1971 | AL | Northern District of Georgia | No | City of Calhoun (GA1290000) | No | Kidney Cancer | 1-9 |